# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

Tonson v. City of Chicago, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eric Tonson

```
FILED: JULY 3, 2008
08CV3803
JUDGE MORAN
MAGISTRATE JUDGE COLE
MKH
```

| | |
|---|---|
| NAME (Type or print) <br> Louis J. Meyer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Louis J. Meyer | |
| FIRM   Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS   20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP   Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290221 | TELEPHONE NUMBER <br> 312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?       YES X       NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐       NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES X       NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |