## United States District Court for the Northern District of Illinois

Case Number: 08CV3803    Assigned/Issued By: DAJ

Judge Name: MORAN    Designated Magistrate Judge: COLE

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00        Receipt #: 2907571

Date Payment Rec'd: 07/03/08        Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
      (Type of Writ)

__4__ Original and __0__ copies on __07/03/08__ as to __DEF'S._____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05