UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case   08 C 3803 |
| Eric Tonson | Judge Moran |
| v. | Magistrate Cole |
| City of Chicago, et. al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago

| |
|---|
| SIGNATURE <br> /s/ Thomas J. Platt |
| FIRM <br> City of Chicago Law Department |
| STREET ADDRESS <br> 30 N. LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP <br> Chicago, Illinois   60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06181260 | TELEPHONE NUMBER <br> 312-744-4833 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES x    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO x |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES x   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES x   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |